RECEIVED

OCT 10 2024

BY MAIL

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION**

Living Breathing Soul
Belle-Bey Shena Na-Ra Grantor, Benehung

Plaintiff(s),

v.

St. Louis BOARD OF EDUCATION
of the CITY of St. Louis
Also/D)BIA SAINT LOUIS Public SCHOOLS

Defendant(s). (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓     NO

## EMPLOYMENT DISCRIMINATION COMPLAINT

I.    This employment discrimination lawsuit is based on (check only those that apply):

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.    Plaintiff's name: Belle-Bey Shenia Warka

Plaintiff's address: C/O P.O Box 723
Street address or P.O. Box

Florissant Mo 63033
City/ County/ State/Zip Code

314 657-7918
Area code and telephone number

3.    Defendant's name: Board of Education of the City of St. Louis' / St. Louis public schools    *Official capacity C/O Aurora Banks CPOI Treasurer*

Defendant's address: 801 N 11th street
Street address or P.O. Box

St. Louis Mo 63101
City/County/State/ Zip Code

314-231-3720
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_5101 McCree Ave St-Louis_  _Missouri_  _63110_
(Street Address)        (City/County)        (State)   (Zip Code)

5.    When did the discrimination occur? Please give the date or time period:

_October 6-2014 — October 8, 2015_

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?                    560-201600447

☑ Yes    Date filed: _Charge number 560-2014 000_

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

CRB ☑ Yes    Date filed: _____

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint. _don't have at this time_

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

____ failure to promote me

__✓__ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

__✓__ other conduct (specify):
HOSTILE WORK ENVIRONMENT, DISPARATE TREATMENT

Did you complain about this same conduct in your charge of discrimination?

_____ Yes                        __✓__ No

I DIDN'T DISCOVER ANY severe Impairments
due to work injuries until After I filed
charges of A different nature. Cant recall if
the exact same conduct was in the charge of discrimination

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____    race

         religion

_____    national origin

_____    color

         gender

✓        disability

_____    age (birth year is: _____ )

_____    other:

Did you state the same reason(s) in your charge of discrimination?

         Yes                              ✓ No         didnt discover
                                                        impairments untrl    more
                                                        and reason until recently

12.    State here, as briefly and clearly as possible, the essential facts of your claim.
Describe specifically the conduct that you believe is discriminatory and describe how each defendant
is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs
if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

See Attached and Pleadings wth
                  2 exhibts
                  employment
                  Contract
                  and statement
                  y Chouge wl
                     fact findug

(Continue to page 6, if additional space is needed.)

5

13.     The acts set forth in paragraph 12 of this complaint:

        ___ are still being committed by the defendant.

        ✓ are no longer being committed by the defendant.

        _____ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments;

cite no cases or statutes.

See pleading that is attached

14.     Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8___ day of _October_____ , 20 _24_.

Signature of Plaintiff _Sheri N. Belle Bey, Grantor-Beneficiary_

_WITHOUT RECOURSE_
_PAY to the order of_
_SHERIA NATRA BELLE-BEY_
_BY:/s/ Sheria Natra Belle Bey,_
_Sheria Natra Belle-Bey/Attorney-in-fact_

8